[6not06] [NOTICE OF THE DEADLINE TO FILE PROOFS OF CLAIM ]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:09−bk−18314−ABB
Chapter 7

Brian Peter Wirkus
1411 Whitman Drive
Melbourne, FL 32904

Employer Tax ID No.:

Janice Elaine Wirkus
aka Janice E Wirkus
aka Janice E Dyke
1411 Whitman Drive
Melbourne, FL 32904

_____Debtor(s)_____/

## NOTICE OF THE DEADLINE TO FILE PROOFS OF CLAIM

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, the trustee has recovered assets.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy Court at the address below on or before **April 29, 2010**.

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

**Note: If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case.**

The proof of claim form is enclosed with this notice. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy Court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope.

*Set forth all names, including trade names, used by the debtor within the last 6 years (Bankruptcy Rule 1005). For joint debtors set forth both social security numbers.

There is no fee for filing the proof of claim.

Any creditor who has filed a proof of claim already need not file another proof of claim.

DATED on January 25, 2010

FOR THE COURT
Lee Ann Bennett, Clerk of Court

135 West Central Boulevard Suite 950
Orlando, FL 32801

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Middle District of Florida | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Brian Peter Wirkus<br>Janice Elaine Wirkus | Case Number: 6:09-18314-ABB |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br><br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |
| **1. Amount of Claim as of Date Case Filed:** $_____<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** _____<br>(See instruction #2 on reverse side.)<br><br>**3. Last four digits of any number by which creditor identifies debtor:** _____<br><br>    **3a. Debtor may have scheduled account as:** _____<br>    (See instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4). |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ☐ Real Estate    ☐ Motor Vehicle    ☐ Other<br>**Describe:**<br><br>**Value of Property: $**_____ **Annual Interest Rate**___%<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br>   **if any: $**_____ **Basis for perfection:** _____<br><br>**Amount of Secured Claim: $**_____ **Amount Unsecured: $**_____ | ☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).<br><br>☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | **Amount entitled to priority:**<br><br>$_____<br><br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |
| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (12/08) - Cont.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____**INFORMATION**_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 113A-6          User: gsusan                 Page 1 of 1                   Date Rcvd: Jan 25, 2010
Case: 09-18314                Form ID: 6not06              Total Noticed: 29

The following entities were noticed by first class mail on Jan 27, 2010.
 db/jdb        +Brian Peter Wirkus,    Janice Elaine Wirkus,    1411 Whitman Drive,    Melbourne, FL 32904-8755
 tr             Robert E Thomas,    Post Office Box 5075,    Winter Park, FL    32793-5075
 cr            +CITIMORTGAGE, INC,    1000 Technlogy Drive,    O Fallon, MO 63368-2240
17347198        AT & T,    P O Box 536216,    Atlanta, GA 30353-6216
17347199       +Baca Grande Homeowner Assoc,    Hammersmith Management Inc,    5619 DTC Parkway, Ste. 900,
                 Englewood, CO 80111-3096
17347200       +Bank of America (Servicers),    555 California Avenue,    San Francisco, CA 94104-1690
17385922       +CITIMORTGAGE,INC.,    1000 TECHNOLOGY DRIVE,    O FALLON, MISSOURI 63368-2240
17347209       +CITIZENS BANK,    P O Box 790001,    Saint Louis, MO 63179-0001
17347203       +Captial Area School ECU,    4316 S. Pennsylvania Avenue,    Lansing, MI 48910-5697
17347204       +Case Credit Union,    4316 South Pennwylvania Ave,    Lansing, MI 48910-5608
17347206       +Citibank,    P O Box 9438,    Gaithersburg, MD 20898-9438
17463320       +Citimortgage,    Kenneth W Lockwood,    Shapiro & Fishman,    10004 N Dale Mabry Hwy Ste 1112,
                 Tampa FL 33618-4494
17347208       +Citimortgage Inc,    P O Box 9438,    Gaithersburg, MD 20898-9438
17347207       +Citimortgage Inc,    1000 Technology Drive,    O Fallon, MO 63368-2240
17609772        Department of Treasury,    Internal Revenue Service,    Washington DC 20001
17347210       +First Brevard Mortgage,    3600 N. Harbor City Blvd.,    Melbourne, FL 32935-5747
17347212       +Lake in the Woods Condo Inc,    4720 Beck Lake Trail,    Melbourne, FL 32901-8557
17347213       +MERS,    1818 Library St.,    Suite 300,    Reston, VA 20190-6280
17347214       +Radian Guaranty (PMI),    1544 Old Alabama Road,    Roswell, GA 30076-2102
17347215       +Space Coast Credit Union,    8045 N. Wickham Road,    Melbourne, FL 32940-7920
17347216        Space Coast Credit Union,    P O Box 419001,    Melbourne, FL 32941-9001
17347217        State of Florida Disbursemen,    P O Box 8500,    Tallahassee, FL 32314-8500
17609773       +US Internal Revenue Service,    1111 Consitution Ave NE #3000,    Washington DC 20002-6433

The following entities were noticed by electronic transmission on Jan 25, 2010.
 tr             EDI: QRETHOMAS.COM Jan 25 2010 19:28:00      Robert E Thomas,    Post Office Box 5075,
                 Winter Park, FL    32793-5075
17360356        E-mail/Text: bknotify@brevardtaxcollector.com
                 Brevard County Tax Collector,    Attn: Rod Northcutt, C F C,    Post Office Box 2500,
                 Titusville FL 32781-2500
17347201       +EDI: CAPITALONE.COM Jan 25 2010 19:28:00      Capital One,    P O Box 85520,
                 Richmond, VA 23285-5520
17347205       +EDI: CHASE.COM Jan 25 2010 19:28:00      Chase,    P O Box 24696,    Columbus, OH 43224-0696
17360357        EDI: FLDEPREV.COM Jan 25 2010 19:28:00      Florida Department of Revenue,    Bankruptcy Unit,
                 Post Office Box 6668,    Tallahassee FL 32314-6668
17360358        EDI: IRS.COM Jan 25 2010 19:28:00      Internal Revenue Service,    Post Office Box 21126,
                 Philadelphia PA 19114
17347218       +EDI: WFFC.COM Jan 25 2010 19:28:00      Wells Fargo Bank, NA,    101 N. Phillips Avenu,
                 Sioux Falls, SD 57104-6738
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17347202*     +Capital One,    P. O. Box 85520,    Richmond, VA 23285-5520
17347211*     +First Brevard Mortgage,    3600 N. Harbor City Blvd.,    Melbourne, FL 32935-5747
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 27, 2010**                    **Signature:** _/s/ Joseph Speetjens_