UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

IN RE:

BRIAN PETER WIRKUS & JANICE ELAIN WIRKUS          CASE NO.: 6:09-bk-18314-ABB

    Debtor(s)          CHAPTER 7

ADDRESS:   1411 WHITMAN DRIVE
                  MELBOURNE, FL 32904

LAST 4 OF SSN:   xxx-xx-9594
                     xxx-xx-0050

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**COMES NOW**, **SMITH, HIATT & DIAZ, P.A.**, attorneys for SPACE COAST CREDIT UNION, its successors and assigns, secured creditor and party in interest, and hereby enters its appearance in the above-styled cause.  Further, pursuant to Rule 2002 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, the undersigned hereby requests that all notices given or required to be given in this case and all papers required to be served in this case, be given and served upon the undersigned attorney.

      Please take further notice that the foregoing request includes not only the notice and papers referred to in the Rule specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, requests, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, telegraph, telex, or otherwise, which affect or seek to affect in any way any of the above creditor's rights or interest with respect to the debtor, property or proceeds thereof which the debtor may claim an interest, or property or proceeds thereof in the possession, custody or control of the above-named creditor which debtor may seek to use or which require to seek to require any act or delivery of any property, payment or other conduct by the above-named creditor.

In addition, it is respectfully requested that pursuant to Rule 2002(g), the following be added to the Court's Mailing Matrix:

ROY A. DIAZ, ESQUIRE
SMITH, HIATT & DIAZ, P.A.
PO BOX 11438
Fort Lauderdale, FL  33339-1438

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day, May 11, 2010, I served a copy of the foregoing upon:

BRIAN PETER WIRKUS & JANICE ELAIN WIRKUS
1411 WHITMAN DRIVE
MELBOURNE, FL 32904
*Debtor(s)*

BEAU BOWIN
922 S. WICKHAM ROAD, STE B
WEST MELBOURNE, FL 32904
*Attorney for Debtor(s)*

ROBERT E. THOMAS
P.O. BOX 5075
WINTER PARK, FL 32793
*Trustee*

SMITH, HIATT & DIAZ, P.A.
Attorneys for Creditor
PO BOX 11438
Fort Lauderdale, FL  33339-1438
Phone: (954) 564-0071
Fax:  (954) 564-9252
E-mail: rdiaz@smith-hiatt.com


By: /s/Roy A. Diaz
    Roy A. Diaz
    Florida Bar No.767700

1414-86972