UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

IN RE:

BRIAN PETER WIRKUS & JANICE ELAIN WIRKUS

CASE NO.:  6:09-bk-18314-ABB

    Debtor(s)

CHAPTER 7

ADDRESS:   1411 WHITMAN DRIVE
MELBOURNE, FL 32904

LAST 4 OF SSN:   xxx-xx-9594
xxx-xx-0050

_____/

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

This Case is before the court on the Motion for Relief from the Automatic Stay (Docket # 28) filed by SPACE COAST CREDIT UNION, ("CREDITOR") (Docket No. 28) on May 13, 2010. No appropriate response having been filed in accordance with Local Rule 2002-4, it is

**ORDERED**:

1.    The Automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code is terminated as to Movant's interest in the following property:

> UNIT NO. 2, BUILDING 123, THE GABLES AT LAKE-IN-THE-WOODS PHASE 4, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF AS RECORDED IN OFFICIAL RECORDS BOOK 2698, PAGE 2255, AS AMENDED IN OFFICIAL RECORDS BOOK 1866; OFFICIAL RECORDS BOOK 2792, PAGE 1092; OFFICIAL RECORDS BOOK 2792, PAGE 1094; OFFICIAL RECORDS BOOK 3228, PAGE 4934; OFFICIAL RECORDS BOOK 3528, PAGE 2607; OFFICIAL RECORDS BOOK 3681, PAGE 2677 AND OFFICIAL RECORDS BOOK 3823, PAGE 3704, PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS THEREOF.

Property Address:  4570 BECK TRAIL, MELBOURNE, FL 32901

Case No. 6:09-bk-18314-ABB

2.  This Order Granting Relief from Stay is entered for the sole purpose of allowing movant to obtain an *in rem* judgment against the property, and that movant shall not obtain an *in personam* relief against the Debtor(s).

DONE and ORDERED in Orlando, Florida, on June 10, 2010.



_____
ARTHUR B. BRISKMAN,
UNITED STATES BANKRUPTCY JUDGE

Copies To:

ROY A. DIAZ, ESQ.
SMITH, HIATT & DIAZ, P.A.
PO BOX 11438 FORT LAUDERDALE, FL  33339-1438
*Attorneys for Creditor*

BRIAN PETER WIRKUS & JANICE ELAIN WIRKUS
1411 WHITMAN DRIVE  MELBOURNE, FL 32904
*Debtor(s)*

BEAU BOWIN
922 S. WICKHAM ROAD, STE B WEST MELBOURNE, FL 32904
*Attorney for Debtor(s)*

ROBERT E. THOMAS
P.O. BOX 5075 WINTER PARK, FL 32793
*Trustee*

1414-86972