**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:                                        )

BRIAN WIRKUS                    )          Case No.: 6-09-bk-18314
JANICE WIRKUS,
                                                )
        DEBTORS.
_____)

**ORDER ON DEBTORS' AMENDED OBJECTION TO**
**PROOF OF CLAIM #3-1 FILED BY CAPITAL ONE (DOC NO. 34)**

THIS CAUSE came before the Court on June 28, 2010, upon the Debtors' Amended Objection to Proof of Claim #3-1 filed by CAPITAL ONE (Doc. No. 34). Having reviewed the Objection, and no interested party having responded, the Court finds as follows:

1.    The objection was served on all interested parties with 30 days negative notice.

2.    No party filed a response.

3.    The Court therefore considers the matter to be unopposed.

It is therefore:

ORDERED that Debtors' Amended Objection to Proof of Claim # 3-1 filed by CAPITAL ONE is SUSTAINED.

DONE AND ORDERED this 16th day of August, 2010.

_____
ARTHUR B. BRISKMAN
UNITED STATES BANKRUPTCY JUDGE

Copies furnished to:
Robert E. Thomas, PO Box 5075, Winter Park, FL 32793
Beau Bowin, Attorney for Debtors, 932 South Wickham Road, West Melbourne, FL 32904
Brian and Janice Wirkus, 1411 Whitman Drive., Melbourne, FL 32904

Capital One, PO BOX 85520, Richmond, VA 23285