**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

In Re:

BRIAN PETER WIRKUS
JANICE ELAINE WIRKUS  A/K/A
JANICE E WIRKUS A/K/A
JANICE E DYKE

CASE NO. 6:09-BK-18314-ABB
CHAPTER 7

Debtor(s)

_____/

**MOTION FOR RELIEF FROM AUTOMATIC STAY
NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date this paper is entered on the docket.  If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at Clerk, U.S. Bankruptcy Court, Middle District of Florida,   135 W Central Blvd., Suite 950, Orlando, FL 32801, and serve a copy on the Movant's attorney, Law Offices of Daniel C. Consuegra, Esquire, Daniel C. Consuegra, Esquire, 9204 King Palm Drive, Tampa, FL 33619.**

**If you file and serve an objection within the time permitted, and the objection reveals factual or legal issues requiring a hearing, the Court will schedule a hearing and you will be notified.  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief request in the paper, will proceed to consider the paper without further notice or hearing, and may grant relief requested.**

NATIONSTAR MORTGAGE LLC,(hereinafter "Movant"), by and through its undersigned attorney, moves the Court pursuant to 11 U.S.C., Section 362 (d), for relief from the automatic stay, and states:

1. Debtor(s), BRIAN PETER WIRKUS and JANICE ELAINE WIRKUS A/K/A JANICE E WIRKUS A/K/A JANICE E DYKE, filed a Voluntary Petition for Relief under 11 U.S.C., Chapter 7 on November 30, 2009.

2. The property that is the subject of this Motion is located at Property Address 541 E New Haven Avenue, Melbourne, Florida 32901, which is more particularly described as follows:

**SEE ATTACHED EXHIBIT**

3. Debtor(s) own the above property subject to a Note and Mortgage securing the same dated August 17, 2006, which they executed in favor of First Brevard Corporation, A Corporation. Movant now holds the Note and Mortgage. A copy of the loan documents is attached as Exhibit "A" and "B".

4. Debtor(s) surrender the property in the Statement of Intentions.

WHEREFORE, NATIONSTAR MORTGAGE LLC, prays that this Honorable Court will enter its order granting relief from stay or requiring Debtor to provide adequate protection, award reasonable fees and costs, and that the fourteen (14 ) days stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001(a)(3) is waived and grant such other relief that the Court may deem just and proper.

/s/ Steve D. Tran
Law Offices of Daniel C. Consuegra, P.L.
 Daniel C. Consuegra/Florida Bar #371300
 Jennifer A. Sesta/Florida Bar #0966339
X Steve D. Tran/Florida Bar #14822
9204 King Palm Drive
Tampa, Florida 33619-1328
bkfiling@consuegralaw.com
Tel (813) 915-8660
Fax (813) 664-8889
Attorney for Creditor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing with attachments has been served either by electronic or standard first class mail this 18th day of March, 2011 to BRIAN PETER WIRKUS , 1411 WHITMAN DRIVE, MELBOURNE, FL 32904; JANICE ELAINE WIRKUS  A/K/A JANICE E WIRKUS A/K/A JANICE E DYKE , 1411 WHITMAN DRIVE, MELBOURNE, FL 32904; BEAU BOWIN,ESQUIRE, 932 S WICKHAM RD SUITE B, WEST MELBOURNE, FL 32904; ROBERT E THOMAS, TRUSTEE, PO BOX 5075, WINTER PARK, FL 32793; AND UNITED STATES TRUSTEE - ORL7, 135 WEST CENTRAL BLVD., SUITE 620, ORLANDO, FL 32801.

/s/ Steve D. Tran
Steve D. Tran, Esquire