IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 09-18314-ABB |
| BRIAN PETER WIRKUS | § | |
| JANICE ELAINE WIRKUS | § | CHAPTER 7 |
| AKA JANICE E WIRKUS | § | |
| AKA JANICE E DYKE | § | |
|     DEBTORS | § | |
| | § | |
| NATIONSTAR MORTGAGE, LLC | § | |
|     MOVANT | § | |
| VS | § | |
| BRIAN PETER WIRKUS | § | |
| JANICE ELAINE WIRKUS | § | |
| AKA JANICE E WIRKUS | | |
| AKA JANICE E DYKE | | |

AND ROBERT E. THOMAS, TRUSTEE
    RESPONDENTS

### AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM STAY

"I, Allison Fries, hereby state the following:

1. Nationstar Mortgage, LLC, as servicing agent for Nationstar Mortgage, ("Movant") and its successors and/or assigns, is authorized to sue on its own behalf.

2. I am an employee and duly authorized representative of Movant and hereby make this Affidavit in such capacity. All facts recited herein are within my personal knowledge of all records concerning the account with Debtors and are true and correct.

3. In the course of my employment, I have become familiar with the manner and method in which Movant maintains its books and records in its regular course of business. Those books and records are managed by employees and agents whose duty it is to keep the books and records accurately and completely and to record each event or item at or near the time of the event or item so noted.

4. I have reviewed the books and records related to the Note secured by Deed of Trust of even date therewith covering certain real property located at 541 E New Haven Avenue, Melbourne, Florida 32901, and more particularly described in the Deed of Trust.

5. Note and/or Deed of Trust Number xxxxxx4620, in the original principal amount of $417,000.00, dated August 17, 2006 was executed by Original Mortgagors Brian P Wirkus and Janice E Wirkus to FIRST BREVARD CORPORATION.

6. Debtors are in default on their obligations to Movant in that Debtors have failed to make their installment payments when due and owing pursuant to the terms of the above-described Note and/or Deed of Trust.

7. As of February 3, 2011, the total indebtedness was $475,432.40. Debtors are due 22 contractual payments (May 2009 at $3,820.45, June 2009 at $3,820.45, July 2009 at $3,820.45, August 2009 at $3,820.45, September 2009 at $3,820.45, October 2009 at $3,820.45, November 2009 at $3,820.45, December 2009 at $3,820.45, January 2010 at $3,820.45, February 2010 at $3,659.74, March 2010 at $3,659.74, April 2010 at $3,659.74, May 2010 at $3659.74, June 2010 at $3659.74, July 2010 at $3659.74, Aug 2010 at $3659.74, September 2010 at $3659.74, October 2010 at $3659.74, November 2010 at $3659.74, December 2010 at $3659.74, January 2011 at $3659.74, February 2011 at $3659.74), totaling $81,960.67. The amount of the current monthly mortgage installment payment is $3,659.74.

8. By failing to make the regular monthly installment payments due pursuant to the Note and/or Deed of Trust, Debtors have not provided adequate protection to Movant.

9. Movant has had to retain counsel to represent it before this Court and is incurring legal expenses and attorneys' fees for which it is entitled to reimbursement under the terms of the Note.

10. Further, according to the Debtors' Schedules, the estimated value of the subject property is $450,000.00. Thus, after full satisfaction of the indebtedness due to Movant under the terms of the Note and Deed of Trust, including its costs of collection, Debtors have no equity in the property which serves as collateral.

I declare that the foregoing facts are true and correct to the best of my knowledge and belief.
FURTHER AFFIANT SAYETH NOT."

4555-N-1950
09-18314-ABB

Nationstar Mortgage, LLC
By: _____  3-10-11
Print Name: Allison Fries
A Duly Authorized Representative
Assistant Secretary

SUBSCRIBED AND SWORN TO before me by Allison Fries on this the 10 day of March, 2011, to certify which witness my hand and seal of office.

_____
Notary Public in and for the
State of TEXAS

SHERRY SUMERAUER
Notary Public, State of Texas
My Commission Expires
August 26, 2014

AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM STAY